IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  CASE NO.09-30410
    BAYLES, VINCENT OCHOA

CHAPTER 7

    Debtor(s).

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS PURSUANT TO 11 U.S.C. §347

Chapter 7 Trustee, Karin A. Garvin ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, United States Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name and Address | Dividend |
|---|---|---|
| 23 | Howard L. Tucker, Jr.<br>P. O. Box 162<br>Hattiesburg, MS 39403 | $472.57 |

The check was mailed to the creditor at the above address on June 22, 2011. The check was never cashed and was not returned to the Trustee. A stop payment has been issued on this check.

    /s/ Karin A. Garvin
    Karin A. Garvin, Trustee
    FL Bar No. 0106933
    1801 W. Garden Street
    Pensacola, FL  32502
    850-437-5577/850-437-5250 fax
    trustee@kgarvinlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice has been served by the Court's CM/ECF system upon: Charles F. Edwards, 110 East Park Avenue, Suite 128, Tallahassee, FL  32301 on the date this document was filed with the Court. *Note: for verification of the date of service, please check the docket entry for this document.*

    /s/ Karin A. Garvin